IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KRIS M. CHILDERS, individually
and as the personal representative of
the Estate of Dayton Shepherd, deceased,

      Plaintiff,                                    CASE NO. 2:10-cv-944-PWG

v.

LONG-LEWIS INC., et al.,

      Defendant.

## ORDER

The parties having filed a joint motion to dismiss (doc. 70), agreeing and stipulating that all claims and causes of action asserted against United Technologies Corporation shall be dismissed without prejudice, with each party to bear its own costs;

This court **ORDERS** that all claims and causes of action asserted against defendant United Technologies Corporation are due to be and hereby are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

This Order dismisses the last remaining defendant in the case. The clerk is **DIRECTED** to **DISMISS** this case in its entirety **WITHOUT PREJUDICE**.

**DONE** and **ORDERED** this the 23rd day of August, 2011.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE